UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

DH CAPITAL LLC,

                      Plaintiff,

      – against –

XANADOO, LLC,

                      Defendant.

---------------------------------------------------------------X

07 CIV 5579

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for DH Capital LLC certifies that said entity does not have any corporate parents, affiliates, and/or subsidiaries, which are publicly held.

Dated:   New York, New York
           June 11, 2007

FRIEDMAN KAPLAN
SEILER & ADELMAN LLP

Lance J. Gotko (LG-5443)
1633 Broadway
New York, New York 10019-6708
(212) 833-1100

*Attorneys for Plaintiff DH Capital LLC*

469894.1