B 151— Affidavit of Service of Summons or Subpoena; Personal or Alternative
Methods: Corp. or Ind.: Military Service. 10 pt. type, 1-95

© 1998 JULIUS BLUMBERG, INC.
PUBLISHER, NYC 10013

| COURT | UNITED STATES DISTRICT COURT |
|---|---|
| COUNTY OF | SOUTHERN DISTRICT OF NEW YORK |

DH CAPITAL LLC

Plaintiff(s)

*against*

XANADOO, LLC

Defendant(s)

*Index No.* 07 CIV 5579

*AFFIDAVIT OF*
*SERVICE OF SUMMONS*
*(AND COMPLAINT)*

SEE ATTACHED RIDER

STATE OF NEW YORK, COUNTY OF   NEW CASTLE          SS:   The undersigned, being duly sworn, deposes and says; deponent is not a
party herein, is over 18 years of age and resides IN   IN THE STATE OF DELWARE

That on 6/12/07          at 3:15   PM., at 2711 CENTERVILLE ROAD, WILMINGTON, DELAWARE
deponent served the within summons, *and complaint* on          defendant therein named,
SEE ATTACHED RIDER          XANADOO, LLC
C/O CORPORATION SERVICE COMPANY

DELAWARE

1. INDIVIDUAL ☐   by delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described as
said defendant therein.

2. CORPORATION ☒   a   DOMESTIC          corporation, by delivering thereat a true copy *of each* to   MARY DRUMMOND
personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and
knew said individual to be MANAGING AGENT          thereof.

3. SUITABLE AGE PERSON ☐   by delivering thereat a true copy *of each* to          a person of suitable age
and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

4. AFFIXING TO DOOR, ETC. ☐   by affixing a true copy *of each* to the door of said premises, which is defendant's—actual place of business—dwelling place—
usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age
and discretion thereat, having called there

5A. MAILING TO RESIDENCE USE WITH 3 OR 4 ☐   Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to
defendant at defendant's last known residence, at          and deposited
said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

5B. MAILING TO BUSINESS USE WITH 3 OR 4 ☐   Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly
addressed to defendant at defendant's actual place of business, at
in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore
the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the
communication was from an attorney or concerned an action against the defendant.

DESCRIPTION USE WITH 1, 2, or 3 ☒

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ Male | ☐ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☒ Female | ☒ Black Skin | ☒ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☒ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☒ 36-50 Yrs. | ☒ 5'4"-5'8" | ☐ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

USE IN NYC CIVIL CT. ☐   The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional
legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

MILITARY SERVICE ☐   I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any
capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes and no military uniform.* The source of
my information and the grounds of my belief are the conversations and observations above narrated. Upon information and
belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either
the State or in the Federal statutes.

Sworn to before me on

June 14, 2007

PRINT NAME BENEATH SIGNATURE
DANIEL NEWCOMB

License No. No #s in DE

KIMBERLY J. RYAN
NOTARY PUBLIC-DELAWARE
My Commission Expires June 15, 2008

**INSTRUCTIONS: Check appropriate boxes and fill in blanks. Delete inappropriate italicized language and military service allegation if not applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------X     Index No. 07 CIV 5579
DH CAPITAL LLC

                                              Plaintiff,          **RIDER TO**
                    vs.                                           **AFFIDAVIT OF**
                                                                 **SERVICE**
XANADOO, LLC

                                              Defendants.
------------------------------------------------------------------------ X

List Of Documents Served:

- Summons In A Civil Case;

- Complaint;

- Individual Practices Of Hon. Richard M. Berman;

- Individual Rules Of Practice Of Criminal Case
  Sentencing Proceedings Richard M. Berman,
  United States District Judge;

- Individual Practices Of Magistrate Judge Maas;

- Consent To Exercise Of Jurisdiction By
  A United States Magistrate Judge Over
  Dispositive Motions Described Under 28
  U.S.C. § 636 (b)(1)(B);

- Notice, Consent, And Order Of Reference-
  Exercise Of Jurisdiction By A
  United States Magistrate Judge;