06/15/07  09:01 FAX                    JUDGE BERMAN                               ☒003

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DH Capital LLC
                          Plaintiff(s),            **Case Management Plan**

                -v-                                 07 CV. 5579 (RMB)

Xanadoo, LLC
                          Defendant(s).
-----------------------------------------------------------X

     The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)    Joinder of additional parties by  9/26/07

(ii)   Amend the pleadings by  9/26/07

(iii)  All discovery to be **expeditiously** completed by  11/27/07

(iv)   Consent to Proceed before Magistrate Judge  No.

(v)    Status of settlement discussions  Preliminary (12/3/07 @ 9:15 with principals)

**Sections vi through xi will be set at conference with the Court.**

(vi)   Motions_____

(vii)  Oral Argument_____

(viii) Joint Pre-Trial Order to be submitted by_____

(ix)   Final Pre-Trial Conference_____

(x)    Trial_____

(xi)   Other  Motion Pending in E.D. Pennsylvania  Refer to J. Mans

SO ORDERED: New York, New York
                     7/25/07

                                                                RMB
                                                    Hon. Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/26/07