**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| DH CAPITAL, LLC | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 07 Civ. 5579 (RMB) |
| | : | |
| XANADOO, LLC | : | |
| | : | |
| Defendant. | : | |
| | : | |

## DISCLOSURE STATEMENT PURSUANT TO RULE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1., Xanadoo, LLC, through its undersigned counsel, hereby certifies that it is wholly owned by Xanadoo Holdings, Inc. Xanadoo Holdings, Inc. is wholly owned by Xanadoo Company, a public company. No publicly held corporation directly owns 10% or more of Xanadoo, LLC stock.

        s/ Kenneth J. King
        Kenneth J. King (KK 3567)
        PEPPER HAMILTON LLP
        Suite 2320
        420 Lexington Avenue
        New York, NY  10170-2399
        (212) 808-2700

**CERTIFICATE OF SERVICE**

    I, Kenneth J. King, hereby certify that on August 10, 2007 a true and correct copy of the foregoing Disclosure Statement Pursuant to Rule 7.1 was served via ECF and First Class Mail upon the following:

  Lance J. Gotko, Esquire
  FRIEDMAN KAPLAN
  SEILER & ADELMAN LLP
  1633 Broadway
  New York, NY 10019-6708

                 _____
                 Kenneth J. King