UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DH CAPITAL, LLC, :

                Plaintiff, : **ORDER**

      - against - : 07 Civ. 5579 (RMB)(FM)

XANADOO, LLC, :

                Defendant. :

------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

      Pursuant to the telephone conference held earlier today, it is hereby ORDERED that after the conference scheduled for December 3, 2007, before Judge Berman is held, the parties shall submit a joint letter to my Chambers setting forth the current status of the case.

      SO ORDERED.

Dated:     New York, New York
             August 23, 2007

                                                    FRANK MAAS
                                     United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/23/2007

Copies to:

Lance J. Gotko, Esq.
Friedman, Kaplan, Seiler and Adelman
Fax: (212) 373-7915

Kenneth J. King, Esq.
Pepper Hamilton LLP
Fax: (212) 286-9806