IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DH CAPITAL, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>XANADOO, LLC,<br><br>　　　　　　　　Defendant. | NO. 07 CV 5579 (RMB)<br><br>**NOTICE OF MOTION FOR ADMISSION OF CHRISTOPHER J. HUBER** *PRO HAC VICE* |



　　　　PLEASE TAKE NOTICE that upon the accompanying Affidavit of Thomas E. Zemaitis, Esquire, executed on August 28, 2007, and the exhibits annexed thereto, Xanadoo, LLC ("Xanadoo") will move this Court, before the Honorable Richard M. Berman, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on such date and at such time to be set by the Court, for an Order granting Christopher J. Huber admission to this Court to argue and try the above-captioned action, in whole or in part, on behalf of Defendant Xanadoo, LLC, pursuant to Local Civil Rule 1.3(c) of the United States District Court for the Southern District of New York.

Dated: August 29, 2007

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Kenneth J. King (KK 3567)
　　　　　　　　　　　　　　　　　　　　PEPPER HAMILTON LLP
　　　　　　　　　　　　　　　　　　　　420 Lexington Avenue
　　　　　　　　　　　　　　　　　　　　New York, NY 10170-2399
　　　　　　　　　　　　　　　　　　　　(212) 808-2700

　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DH CAPITAL, LLC, <br><br> Plaintiff, <br><br> v. <br><br> XANADOO, LLC, <br><br> Defendant. | NO. 07 CV 5579 (RMB) <br><br> **MOTION FOR ADMISSION OF CHRISTOPHER J. HUBER** *PRO HAC VICE* |

## MOTION FOR ADMISSION *PRO HAC VICE*

PURSUANT TO LOCAL RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Kenneth J. King, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

Christopher J. Huber
Pepper Hamilton LLP
3000 Two Logan Square, 18th & Arch Streets
Philadelphia, PA 19103
215-981-4000
huberc@pepperlaw.com

Christopher J. Huber is a member in good standing of the Bar of the States of Maryland and Pennsylvania, and the District of Columbia. There are no pending disciplinary proceedings against Christopher J. Huber in any State or Federal Court.

Dated: August 29, 2007

Respectfully submitted,

Kenneth J. King (KK 3567)
PEPPER HAMILTON LLP
420 Lexington Avenue
New York, NY 10170-2399
(212) 808-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DH CAPITAL, LLC, | : | |
| | : | NO. 07 CV 5579 (RMB) |
| Plaintiff, | : | |
| | : | **AFFIDAVIT IN SUPPORT OF** |
| | : | **MOTION FOR ADMISSION** |
| v. | : | **OF CHRISTOPHER J. HUBER** |
| | : | ***PRO HAC VICE*** |
| XANADOO, LLC, | : | |
| | : | |
| Defendant. | : | |

Thomas E. Zemaitis, Esquire, being duly sworn, deposes and says:

1.  I am a member of the bar of this Court and a partner at Pepper Hamilton LLP, counsel for Xanadoo, LLC ("Xanadoo") in this action. I submit this affidavit in support of Xanadoo's application for an order granting Christopher J. Huber *pro hac vice* admission to this Court to argue and try the above-captioned action, in whole or in part, on behalf of Xanadoo, pursuant to Local Civil Rule 1.3(c) of the United States District Court for the Southern District of New York.

2.  Christopher J. Huber is a partner at Pepper Hamilton, LLP. He is admitted to practice before the courts of Pennsylvania, the District of Columbia, and Maryland. He has been and is a member in good standing of the bars of the State of Pennsylvania, the District of Columbia, and the State of Maryland. His Certificate of Good Standing in the bar of the State of Pennsylvania is annexed hereto as Exhibit A. His Certificate of Good Standing in the bar of the

District of Columbia is annexed hereto as Exhibit B. His Certificate of Good Standing in the bar of the State of Maryland is annexed hereto as Exhibit C.

3.  Pursuant to Local Civil Rule 1.3(c) of the United States District Court for the Southern District of New York, I request that Christopher J. Huber be permitted to argue or try the above-captioned case.

4.  Attached as Exhibit D is a proposed Order granting this motion.

5.  There has been no prior application in this case for the *pro hac vice* admission of Christopher J. Huber.

WHEREFORE, it is respectfully requested that this Court grant Christopher J. Huber *pro hac vice* admission to the bar of this Court for the purpose of arguing and trying this case.

_____
Thomas E. Zemaitis (TZ 7168)
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

Sworn to before me this
28th day of August, 2007.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Florence M. Cohen, Notary Public
City Of Philadelphia, Philadelphia County
My Commission Expires Feb. 21, 2008

Member, Pennsylvania Association Of Notaries

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DH CAPITAL, LLC, | : | |
| | : | NO. 07 CV 5579 (RMB) |
| Plaintiff, | : | |
| | : | **AFFIDAVIT OF SERVICE** |
| v. | : | |
| XANADOO, LLC, | : | |
| | : | |
| Defendant. | : | |

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )

      The undersigned, being duly sworn, deposes and says that she is over the age of 18 years, and is not a party to this action.

      That, on the 29th of August, 2007, she caused to be served the within motion papers for the admission of Christopher J. Huber Pro Hac Vice by first class mail upon:

      Lance J. Gotko, Esquire
      Friedman Kaplan Seiler & Adelman LLP
      1633 Broadway
      New York, New York  10019-6708

the address having been designated by said attorneys for that purpose, by depositing a true copy of same, securely enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service.

                                                          /s/ Melissa Heyward
                                                          Melissa Heyward

Sworn to before me this
29th day of August, 2007

_____
Notary Public

      KENNETH J. KING
NOTARY PUBLIC, State of New York
      No. 02 KI 4813774
   Qualified in New York County
Commission Expires May 31, 20__



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Christopher Joseph Huber, Esq.

**DATE OF ADMISSION**

**April 17, 2003**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: August 8, 2007

*Patricia A. Johnson*
Patricia A. Johnson
Chief Clerk

# United States District Court
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

**CHRISTOPHER  J.  HUBER**

was, on the  6th  day of  November  A.D.  1995  admitted to practice as an  Attorney at  Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this  20th  day of  August  A.D. 2007.

**NANCY M. MAYER-WHITTINGTON,** CLERK

By: _____
Deputy Clerk

# Court of Appeals of Maryland
### Annapolis, MD



### CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Alexander L. Cummings, Clerk of the Court of Appeals of Maryland, do hereby certify that on the seventeenth day of December, 1997,

## Christopher Joseph Huber

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

*In Testimony Whereof,* I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this seventh day of August, 2007.

_Alexander L. Cummings_
Clerk of the Court of Appeals of Maryland

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DH CAPITAL, LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>XANADOO, LLC,<br><br>　　　　　　　　　　Defendant. | NO. 07 CV 5579 (RMB)<br><br>**ORDER GRANTING<br>ADMISSION OF CHRISTOPHER<br>J. HUBER *PRO HAC VICE*** |

## ORDER

On this ___ day of _____, 2007, upon the motion of Xanadoo, LLC for an Order pursuant to Local Civil Rule 1.3(c) of the United States District Court for the Southern District of New York granting *pro hac vice* admission to Christopher J. Huber in connection with the above-captioned case, and upon consideration of the motion and the affidavit in support thereof, it is ORDERED that

　　　　Christopher J. Huber
　　　　Pepper Hamilton LLP
　　　　3000 Two Logan Square, 18th & Arch Streets
　　　　Philadelphia, PA 19103
　　　　215-981-4000
　　　　huberc@pepperlaw.com

is GRANTED *pro hac vice* admission to the bar of this Court for the purpose of participating in, arguing and trying this action. Counsel shall immediately apply for any ECF password at nysd.uscourts.gov.

Dated:_____

                                                  _____
                                                  Richard M. Berman
                                                  United States District Judge