IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DH CAPITAL, LLC, | |
| Plaintiff, | NO. 07 CV 5579 (RMB) |
| v. | ORDER GRANTING ADMISSION OF SARA B. RICHMAN *PRO HAC VICE* |
| XANADOO, LLC, | |
| Defendant. | |

## ORDER

On this **4TH** day of **SEPTEMBER**, 2007, upon the motion of Xanadoo, LLC for an Order pursuant to Local Civil Rule 1.3(c) of the United States District Court for the Southern District of New York granting *pro hac vice* admission to Sara B. Richman in connection with the above-captioned case, and upon consideration of the motion and the affidavit in support thereof, it is ORDERED that

> Sara B. Richman
> Pepper Hamilton LLP
> 3000 Two Logan Square, 18th & Arch Streets
> Philadelphia, PA 19103
> 215-981-4000
> richmans@pepperlaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/04/2007
```

is GRANTED *pro hac vice* admission to the bar of this Court for the purpose of participating in, arguing and trying this action. Counsel shall immediately apply for any ECF password at nysd.uscourts.gov. **Subject to payment of fee to Clerk**

SO ORDERED:
RMB
_____
RICHARD M. BERMAN U.S.D.J.
9/4/07