IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

DH CAPITAL, LLC,

                Plaintiff,

v.

XANADOO, LLC,

                Defendant.

NO. 07 CV 5579 (RMB)

**ORDER GRANTING ADMISSION OF CHRISTOPHER J. HUBER *PRO HAC VICE***

## ORDER

On this **4TH** day of **SEPTEMBER**, 2007, upon the motion of Xanadoo, LLC for an Order pursuant to Local Civil Rule 1.3(c) of the United States District Court for the Southern District of New York granting *pro hac vice* admission to Christopher J. Huber in connection with the above-captioned case, and upon consideration of the motion and the affidavit in support thereof, it is ORDERED that

    Christopher J. Huber
    Pepper Hamilton LLP
    3000 Two Logan Square, 18th & Arch Streets
    Philadelphia, PA 19103
    215-981-4000
    huberc@pepperlaw.com

is GRANTED *pro hac vice* admission to the bar of this Court for the purpose of participating in, arguing and trying this action. Counsel shall immediately apply for any ECF password at nysd.uscourts.gov.  **Subject to payment of fee to Clerk.**

SO ORDERED:

*RMB*

RICHARD M. BERMAN U.S.D.J.
9/4/07