IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

DH CAPITAL, LLC,  :
:
:   NO. 07 CV 5579 (RMB)
:
Plaintiff,  :
:   **NOTICE OF CHANGE OF**
v.  :   **ATTORNEY INFORMATION**
:
XANADOO, LLC,  :
:
:
Defendant.  :
:

TO THE CLERK OF THE COURT:

Please take notice that the law firm address of Kenneth J. King, counsel for Defendant Xanadoo, LLC, has changed. My new firm address information is:

**Kenneth J. King
Pepper Hamilton LLP
620 Eighth Avenue
New York, NY 10018
(212) 808-2700
kingk@pepperlaw.com**

Date: October 2, 2007

Respectfully Submitted,

_____
Kenneth J. King (KK 3567)
Pepper Hamilton LLP
620 Eighth Avenue
New York, NY 10018
(212) 808-2700

Attorneys for Defendant Xanadoo, LLC