## FRIEDMAN KAPLAN SEILER & ADELMAN LLP

| | 1633 BROADWAY | |
|---|---|---|
| BRUCE S. KAPLAN | | NORMAN ALPERT |
| EDWARD A. FRIEDMAN | NEW YORK, NY 10019-6708 | MARC N. EPSTEIN |
| GARY D. FRIEDMAN | | SNEHA DEVADASON |
| BARRY A. ADELMAN | TELEPHONE (212) 833-1100 | ANDREW A. QUARTNER |
| ERIC SEILER | | COUNSEL |
| ROBERT D. KAPLAN | FACSIMILE (212) 833-1250 | |
| ANDREW W. GOLDWATER | | KENT K. ANKER |
| ROBERT J. LACK | WWW.FKLAW.COM | AMY C. BROWN |
| GREGG S. LERNER | WRITER'S DIRECT DIAL | MALA AHUJA HARKER |
| PAUL J. FISHMAN | (212) 833-1115 | HEATHER WINDT |
| WILLIAM P. WEINTRAUB | | LISA S. GETSON |
| RICHARD M. HOFFMAN | | GAURAV I. SHAH |
| SCOTT M. BERMAN | WRITER'S DIRECT FAX | ASAF REINDEL |
| HAL NEIER | (212) 373-7915 | JOHN N. ORSINI |
| PHILIPPE ADLER | | JEFFREY R. WANG |
| LANCE J. GOTKO | E-MAIL | VANESSA RICHARDS |
| KATHERINE L. PRINGLE | LGOTKO@FKLAW.COM | CHAD B. PIMENTEL |
| MERYL S. ROSENBLATT | | MYRIAM FORD |
| DANIEL B. RAPPORT | | JOSHUA D. JACOBSON |
| DAVID I. TANENBAUM | | CHAD M. LEICHT |
| HALLIE B. LEVIN | | JENNIFER H. CHIN |
| ANNE E. BEAUMONT | | JASON C. RUBINSTEIN |
| MARY E. MULLIGAN | | JONATHAN GOTTFRIED |
| ANDREW W. SCHILLING | | BARBARA J. GRAVES |
| EMILY A. STUBBS | | MICHAEL A. GORDON |
| | | DANYA SHOCAIR REDA |
| | | ROBERT S. LANDY |
| | | RICKIE M. SONPAL |
| | | DANIEL R. GREENBERG |
| | | DAVID N. SLARSKEY |
| | | KEVIN S. HAEBERLE |

**MEMO ENDORSED**
p. 2

November 29, 2007

BY HAND

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 650
New York, NY 10007

      Re:   DH Capital LLC v. Xanadoo, LLC, Case No. 07-CV-5579 (RMB)

Dear Judge Berman:

      We represent plaintiff DH Capital LLC in the above-entitled matter, and write on behalf of both parties. The Court has informed the parties that it wishes to adjourn the settlement conference (currently scheduled for December 3, 2007) until after discovery is concluded. The parties have conferred and jointly propose February 11, 2008, as the adjourned date for the settlement conference, if that date would be acceptable to the Court.

                                       Respectfully submitted,

                                       Lance J. Gotko



553047.1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/07

FRIEDMAN KAPLAN SEILER & ADELMAN LLP

The Honorable Richard M. Berman     - 2 -     November 29, 2007

cc:    Kenneth J. King, Esq. (by e-mail)
       Christopher J. Huber, Esq. (by e-mail)
       Sara B. Richman, Esq. (by e-mail)

> ADJOURNED UNTIL 2/11/08 AT
> 9:00 A.M.
>
> SO ORDERED:
> Date: 11/30/07    *Richard M. Berman*
>                        Richard M. Berman, U.S.D.J.

553047.1