**Pepper Hamilton LLP**
─────────── Attorneys at Law

3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
215.981.4000
Fax 215.981.4750

# MEMO ENDORSED

Sara Richman
direct dial: 215.981.4658
direct fax: 215.359.1869
richmans@pepperlaw.com

December 4, 2007

*ADJOURNED UNTIL 2:00 P.M ON 2/11/08*

SO ORDERED:
Date: 12/5/07

Richard M. Berman, U.S.D.J.

Via Federal Express

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 650
New York, NY 10007

    Re:    DH Capital LLC v. Xanadoo, LLC,
             No. 07-CV-5579 (RMB)

Dear Judge Berman:

       On behalf of Defendant Xanadoo, LLC, I write to respectfully request that the settlement conference currently scheduled for February 11, 2008 at 9:00 a.m. be rescheduled for later that same day to accommodate childcare and travel arrangements. If the Court's schedule permits, we would propose that the settlement conference begin at or after 1:00 p.m. on February 11, 2008. I have conferred with Lance Gotko, Esquire, counsel for Plaintiff DH Capital LLC. Plaintiff is agreeable to this request.



Respectfully submitted,

Sara Richman
Counsel for Defendant Xanadoo, LLC

cc:    Lance J. Gotko, Esquire (via Email)
        Chad Pimentel, Esquire (via Email)
        Christopher J. Huber, Esquire (via Email)
        Kenneth J. King, Esquire (via Email)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/05/07