## FRIEDMAN KAPLAN SEILER & ADELMAN LLP

BRUCE S. KAPLAN
EDWARD A. FRIEDMAN
GARY D. FRIEDMAN
BARRY A. ADELMAN
ERIC SEILER
ROBERT D. KAPLAN
ANDREW W. GOLDWATER
ROBERT J. LACK
GREGG S. LERNER
PAUL J. FISHMAN
WILLIAM P. WEINTRAUB
RICHARD M. HOFFMAN
SCOTT M. BERMAN
HAL NEIER
PHILIPPE ADLER
LANCE J. GOTKO
KATHERINE L. PRINGLE
MERYL S. ROSENBLATT
DANIEL B. RAPPORT
DAVID I. TANENBAUM
HALLIE B. LEVIN
ANNE E. BEAUMONT
MARY E. MULLIGAN
ANDREW W. SCHILLING
EMILY A. STUBBS
KENT K. ANKER
AMY C. BROWN
MALA AHUJA HARKER

1633 BROADWAY
NEW YORK, NY 10019-6708

TELEPHONE (212) 833-1100
FACSIMILE (212) 833-1250
WWW.FKLAW.COM

NORMAN ALPERT
MARC N. EPSTEIN
ANDREW A. OUARTNER
COUNSEL

HEATHER WINDT
LISA S. GETSON
GAURAV I. SHAH
ASAF REINDEL
JOHN N. ORSINI
JEFFREY R. WANG
VANESSA RICHARDS
CHAD B. PIMENTEL
MYRIAM FORD
JOSHUA D. JACOBSON
CHAD M. LEICHT
JENNIFER H. CHIN
JASON C. RUBINSTEIN
JONATHAN GOTTFRIED
BARBARA GRAVES-POLLER
MICHAEL A. GORDON
DANYA SHOCAIR REDA
ROBERT S. LANDY
RICKIE M. SONPAL
DANIEL R. GREENBERG
DAVID N. SLARSKEY
KEVIN S. HAEBERLE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/08

**MEMO ENDORSED**

February 1, 2008

**BY FAX (212-805-6724)**

The Honorable Frank Maas
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 740
New York, NY 10007

*The conference is adjourned to 2/15 at 10AM.*

*Maas, USMJ,*
*2/1/08*

Re: *DH Capital LLC v. Xanadoo LLC*, Case No. 07-5579 (RMB) (FM)

Dear Judge Maas:

We represent plaintiff DH Capital LLC in this action, and are in receipt of the Court's endorsed order of January 31, 2008. As directed, this evening I will be sending Your Honor via Fed Ex (for Monday delivery) the Privileged Communications for *in camera* review.

I will be traveling on February 13, 2008, the date set by the Court to discuss this issue. I have discussed alternative dates with counsel for Xanadoo, and the following dates present no conflict with either side: February 15, 20, 21, 22. If any of

573452.1

FROM FRIEDMAN KAPLAN SEILER & ADELMAN LLP (FRI) 08-15'46/07:19:45/No. 9062292434 P 3
Case 1:07-cv-05579-RMB-FM Document 22 Filed 02/01/2008 Page 2 of 2

FRIEDMAN KAPLAN SEILER & ADELMAN LLP

these dates are convenient for the Court, I would ask, with the consent of counsel for Xanadoo, that the telephone conference be re-scheduled for one of them. No previous adjournment of this conference has been requested.

Respectfully submitted,

Lance J. Gotko

cc: Christopher Huber, Esq. (by email)
Sara B. Richman, Esq. (by email)

*Attorneys for defendant Xanadoo LLC*