**Pepper Hamilton LLP**
*Attorneys at Law*

3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
215.981.4000
Fax 215.981.4750

Christopher J. Huber
direct dial: 215.981.4446
direct fax: 215.689.4678
huberc@pepperlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/08

MEMO ENDORSED

March 4, 2008

**VIA HAND DELIVERY**

The Honorable Richard M. Berman
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 650
New York, NY 10007

> I'm going to hold off on setting any motion schedule at this time. Let me know when you finish discovery + we'll decide then.
>
> SO ORDERED:
> Richard M. Berman, U.S.D.J.
> Date: 3/5/08

Re:  DH Capital LLC v. Xanadoo, LLC, No. 07-CV-5579 (RMB)
     Joint Request for Revised Expert Discovery and Dispositive Motion
     Schedule

Dear Judge Berman:

    Both parties in this matter write to respectfully request that the schedule set by the Court during the February 11, 2008 status conference be revised to allow for the exchange of expert reports and expert discovery before filing of summary judgment motions. The proposed revisions include extending the deadlines for dispositive motions.

    During the February 11, 2008 status conference, the Court set the following schedule for dispositive motions:

- Defendant's motion due by April 15, 2008;

- Plaintiff's response and cross-motion due by May 15, 2008;

- Defendant's reply due by June 2, 2008; and

- Plaintiff's surreply due by June, 16, 2008.

    After the conference, the parties conferred and determined that they anticipated retaining experts in this matter that would be used in the summary judgment briefing. To afford the parties sufficient time to retain experts, complete expert discovery, and prepare summary judgment motions, the parties propose a revised schedule, as follows:

Philadelphia    Boston    Washington, D.C.    Detroit    New York    Pittsburgh
Berwyn    Harrisburg    Orange County    Princeton    Wilmington
www.pepperlaw.com

**Pepper Hamilton LLP**
Attorneys at Law

The Honorable Richard M. Berman
Page 2
March 4, 2008

- Plaintiff's expert report due by April 24, 2008;

- Defendant's expert report due by May 15, 2008;

- Expert discovery completed by June 5, 2008;

- Defendant's motion due by June 30, 2008;

- Plaintiff's response and cross-motion due by July 30, 2008;

- Defendant's reply due by August 18, 2008; and

- Plaintiff's surreply due by September 2, 2008.

A proposed Revised Scheduling Order is attached for the Court's convenience. This is the first request for an extension of the dispositive motion deadlines.

Thank you for your attention to this matter.

Respectfully submitted,

Christopher J. Huber
Counsel for Defendant Xanadoo, LLC

Lance J. Gotko
Counsel for Plaintiff DH Capital LLC

cc: Chad Pimentel, Esquire (via Email)
Kenneth J. King, Esquire (via Email)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DH Capital LLC | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 07-CV-5579 (RMB) |
| | : | |
| Xanadoo, LLC | : | |
| | : | |
| Defendant | : | |
| | : | |

### REVISED SCHEDULING ORDER

**AND NOW**, this ____ day of _____, 2008, upon consideration of the Parties' Joint Request for Revised Expert Discovery and Dispositive Motion Schedule, it is hereby

**ORDERED** that the Parties' Request is **GRANTED**. The Parties shall comply with the following schedule:

- Plaintiff's expert report due by April 24, 2008;
- Defendant's expert report due by May 15, 2008;
- Expert discovery completed by June 5, 2008;
- Defendant's motion due by June 30, 2008;
- Plaintiff's response and cross-motion due by July 30, 2008;
- Defendant's reply due by August 18, 2008; and
- Plaintiff's surreply due by September 2, 2008.

BY THE COURT:

_____
Richard M. Berman, U.S.D.J.