### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DH CAPITAL, LLC | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 07 CV 5579 (RMB) |
| | : | |
| v. | : | |
| | : | **MOTION TO WITHDRAW** |
| XANADOO, LLC | : | **APPEARANCE OF** |
| | : | **CHRISTOPHER J. HUBER** |
| Defendant. | : | |

### MOTION TO WITHDRAW THE APPEARANCE OF CHRISTOPHER J. HUBER AS COUNSEL FOR DEFENDANT XANADOO, LLC

Xanadoo, LLC hereby moves this Court pursuant to Local Civil Rule 1.4 to withdraw the appearance of Christopher J. Huber as counsel for Defendant Xanadoo, LLC in the above-captioned matter, and in support thereof, states:

1. WHEREAS Kenneth J. King, Christopher J. Huber, and Sara B. Richman are all attorneys at Pepper Hamilton LLP and have all entered appearances on behalf of Defendant Xanadoo, LLC in the above-captioned matter;

2. WHEREAS effective July 18, 2008, Christopher J. Huber will resign from his position with Pepper Hamilton LLP, counsel for Defendant Xanadoo, LLC in the above-captioned matter;

3. WHEREAS Kenneth J. King and Sara B. Richman will continue to represent Xanadoo, LLC. following the departure of Christopher J. Huber;

4.  WHEREAS Xanadoo, LLC expects that another attorney from Pepper Hamilton LLP will enter her appearance on behalf of Xanadoo, LLC as a substitution for Christopher J. Huber;

5.  NOW, THEREFORE, Defendant Xanadoo, LLC. respectfully requests that the Court withdraw the appearance of Christopher J. Huber as counsel for Xanadoo, LLC in the above-captioned matter.

July 18, 2008                                        Respectfully submitted,

*/s/ Christopher J. Huber*
Kenneth J. King (KK 3567)
PEPPER HAMILTON LLP
The New York Times Building
620 Eighth Avenue, 37th Floor
New York, NY 10018-1405
(212) 808-2700

Christopher J. Huber
Sara B. Richman
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA  19103-2799
(215) 981-4000

Attorneys for Defendant Xanadoo, LLC

## **CERTIFICATE OF SERVICE**

    I, Sara B. Richman, hereby certify that on July 18, 2008, a true and correct copy of the foregoing Motion to Withdraw the Appearance of Christopher J. Huber as Counsel for Defendant Xanadoo LLC was served via ECF and First Class U.S. Mail upon the following:

Lance J. Gotko, Esquire
FRIEDMAN KAPLAN
SEILER & ADELMAN LLP
1633 Broadway
New York, NY 10019-6708

                */s/ Sara B. Richman*