**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| DH CAPITAL, LLC | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 07 CV 5579 (RMB) |
| | : | |
| v. | : | |
| | : | **ORDER GRANTING MOTION** |
| XANADOO, LLC | : | **TO WITHDRAW APPEARANCE** |
| | : | **OF CHRISTOPHER J. HUBER** |
| Defendant. | : | |

**<u>ORDER</u>**

AND NOW, this _____ day of _____, 2008, upon consideration of

Xanadoo, LLC's Motion to Withdraw the Appearance of Christopher J. Huber as Counsel for

Xanadoo, LLC, and any response thereto, it is hereby ORDERED that the motion is GRANTED.

_____
Richard M. Berman
United States District Judge