IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DH CAPITAL, LLC | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 07 CV 5579 (RMB) |
| | : | |
| v. | : | |
| | : | ORDER GRANTING MOTION |
| XANADOO, LLC | : | TO WITHDRAW APPEARANCE |
| | : | OF CHRISTOPHER J. HUBER |
| Defendant. | : | |

**ORDER**

AND NOW, this **22** day of **July**, 2008, upon consideration of Xanadoo, LLC's Motion to Withdraw the Appearance of Christopher J. Huber as Counsel for Xanadoo, LLC, and any response thereto, it is hereby ORDERED that the motion is GRANTED.

*RMB*
_____
Richard M. Berman
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/08