IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 8/26/2008

| | |
|---|---|
| DH CAPITAL, LLC, | 07 CV 5579 (RMB) |
| Plaintiff, | |
| v. | ORDER GRANTING ADMISSION OF JOANNA J. CLINE *PRO HAC VICE* |
| XANADOO, LLC, | |
| Defendant. | |

## ORDER

On this 20th day of August, 2008, upon the motion of Xanadoo, LLC for an Order pursuant to Local Civil Rule 1.3(c) of the United States District Court for the Southern District of New York granting *pro hac vice* admission to Joanna J. Cline in connection with the above-captioned case, and upon consideration of the motion and the affidavit in support thereof, it is

ORDERED that

> Joanna J. Cline
> Pepper Hamilton LLP
> 3000 Two Logan Square, 18th & Arch Streets
> Philadelphia, PA 19103
> 215-981-4000
> clinej@pepperlaw.com

is GRANTED *pro hac vice* admission to the bar of this Court for the purpose of participating in, arguing and trying this action. Counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Subject to payment of fee to Clerk.

Richard M. Berman
United States District Judge
8/26/08